# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KIMBERLY LANE DAVLAT**                          **PLAINTIFF**

**VS.**                    **CASE NO. 4:19CV00437 PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE